UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GRUNDMAN and MARTIN MACKEREL, individually, and on behalf of all other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOCAL LIGHTHOUSE CORP., a California corporation,<br><br>Defendant. | No.: 15-cv-00825-KJM-CKD<br><br>ORDER |

Plaintiffs commenced this action on April 16, 2015. (ECF No. 1.) On August 5, 2015, the parties filed a stipulation seeking to stay this action pending a transfer decision by the Judicial Panel on Multidistrict Litigation. (ECF No. 9.) The court hereby approves the parties' stipulation. Accordingly, all dates and hearings currently set in this case are VACATED until after the Panel's ruling is issued. The parties are directed to notify the court of the Panel's decision within seven (7) days of the Panel's ruling.

IT IS SO ORDERED.

DATED: August 6, 2015.

_____
UNITED STATES DISTRICT JUDGE

1