Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Robert K. Friedl (SBN 134947)
Robert.Friedl@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:    (310) 556-4811
Facsimile:    (310) 943-0396

Attorneys for Plaintiffs Andrew Grundman
and Martin MacKerel

*[Attorneys Continued on Following Page]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GRUNDMAN and MARTIN MACKEREL, individually, and on behalf of all other members of the general public similarly situated,<br><br>           Plaintiffs,<br><br>     vs.<br><br>LOCAL LIGHTHOUSE CORP., a California corporation,<br><br>           Defendant. | Case No.:  15-cv-00825-KJM-CKD<br><br>**ORDER TRANSFERING VENUE TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**<br><br>**[28 U.S.C. § 1404(a)]** |

   Pursuant to the Stipulation of plaintiffs Andrew Grundman and Martin MacKerel and defendant Local Lighthouse Corp., and GOOD CAUSE appearing therefore:

   1.   The above-captioned matter is transferred to the Central District of California, Southern Division, pursuant to 28 U.S.C. § 1404(a).

/////

/////

2. The Status (Pretrial Scheduling) Conference hearing date and all related dates are vacated.

**IT IS SO ORDERED.**

Dated:  August 19, 2015

_____
UNITED STATES DISTRICT JUDGE